IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BRIDGETTE L. FORESYTH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 1:20-cv-00877 (LMB/IDD) |
| JOHN E. WHITLEY, ACTING SECRETARY, DEPARTMENT OF THE ARMY, | ) ) ) |
| Defendant. | |

### ORDER

For the reasons stated in open court, Defendant's Motion for Summary Judgment [Dkt. No. 39] is GRANTED; and it is hereby

ORDERED that judgment be and is entered in defendant's favor.

The Clerk is directed to enter judgment in defendant's favor pursuant to Federal Rule of Civil Procedure 58, forward copies of this Order to counsel of record, and close this civil action.

Entered this 13 day of August, 2021.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge