# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| BRIDGETTE L. FORSYTH, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) ) Civil Action No. 1:20cv877 (LMB/IDD) |
| JOHN E. WHITLEY, ACTING SECRETARY, DEPARTMENT OF THE ARMY, | ) ) ) ) |
|     Defendant. | ) |

## JUDGMENT

Pursuant to the order of this Court entered on <u>August 13, 2021</u> and in accordance with Fed. R. Civ. P. 58, JUDGMENT is hereby entered in favor of defendant John E. Whitley, Acting Secretary, Department of the Army and against plaintiff Bridgette L. Forsyth.

FERNANDO GALINDO, CLERK

By: <u>    /s/    </u>
      Y. Guyton, Deputy Clerk

Dated: 08/13/21
Alexandria, Virginia